UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN - 9 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN EDGESTON,<br>　　a/k/a "SEAN DOUGH,"<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　**4:20CR016 CDP/JMB**<br>)<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 1, 2019, within the Eastern District of Missouri,

**SEAN EDGESTON, a/k/a "SEAN DOUGH,"**

the Defendant herein, did knowingly and intentionally possess with intent to distribute fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about August 1, 2019, within the Eastern District of Missouri,

**SEAN EDGESTON, a/k/a "SEAN DOUGH,"**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to-wit: possession with intent to

distribute fentanyl, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

### COUNT THREE

The Grand Jury further charges that:

On or about September 6, 2019, within the Eastern District of Missouri,

### SEAN EDGESTON, a/k/a "SEAN DOUGH,"

the Defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FOUR

The Grand Jury further charges that:

On or about September 6, 2019, within the Eastern District of Missouri,

### SEAN EDGESTON, a/k/a "SEAN DOUGH,"

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to-wit: possession with intent to distribute heroin, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

### COUNT FIVE

The Grand Jury further charges that:

On or about November 22, 2019, within the Eastern District of Missouri,

**SEAN EDGESTON, a/k/a "SEAN DOUGH,"**

the Defendant herein, did knowingly and intentionally possess with intent to distribute fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT SIX

The Grand Jury further charges that:

On or about December 20, 2019, within the Eastern District of Missouri,

**SEAN EDGESTON, a/k/a "SEAN DOUGH,"**

the Defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT SEVEN

The Grand Jury further charges that:

On or about December 20, 2019, within the Eastern District of Missouri,

**SEAN EDGESTON, a/k/a "SEAN DOUGH,"**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to-wit: possession with intent to distribute cocaine base, as charged in Count Six herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1), as set forth in Counts One, Three and Five, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly as a result of such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____<br>FOREPERSON

JEFFERY B. JENSEN
United States Attorney


_____
PAUL J. D'AGROSA, #36966MO
Assistant United States Attorneys