UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:20 CR 016 CDP ) |
| SEAN EDGESTON, | ) ) |
| Defendant. | ) ) |

# ORDER

This Court held a bond revocation hearing in this matter on March 10, 2021. The Court has considered the court file including the Violation Report and Petition for Action on Conditions of Pretrial Release [Doc. 65]. In addition, the Court heard arguments from counsel for both the government and the defendant. The defendant did not dispute the violations set forth in the petition.  While he was on bond in this case, Defendant tested positive for the presence of illegal substances on several occasions; failed to report for drug testing on multiple occasions; submitted diluted urine samples and failed to attend dual diagnosis counseling since his release. The Court therefore finds that Defendant failed to comply with the terms of the Order Setting Conditions of Release [Doc. 36] dated March 19, 2020.

All of this causes the undersigned to reasonably conclude by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community if Defendant is continued on bond pending trial.  Further, it has been shown by the preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. Defendant's bond is revoked, and Defendant is hereby detained.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sean Edgeston be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

**IT IS FURTHER ORDERED** that on an order of court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                       /s/ Nannette A. Baker
                                                      NANNETTE A. BAKER
                                                      UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of March 2021.